NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Laurence M. Rosen (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

ATTORNEY(S) FOR: James Floyd

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLOYD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>FIRST AMERICAN FINANCIAL CORP., DENNIS J. GILMORE, AND MARK E. SEATON,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____James Floyd_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| James Floyd | Plaintiff |
| First American Financial Corp. | Defendant |
| Dennis J. Gilmore | Defendant |
| Mark E. Seaton | Defendant |

October 25, 2020                            /s/Laurence M. Rosen
Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

James Floyd