UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-09781 DSF (Ex) | Date | January 25, 2021 |
|---|---|---|---|
| Title | In Re First American Financial Corp. Financial Securities Litigation<br>James Floyd v. First American Financial Corp. et al | | |

Present: The Honorable    DALE S. FISCHER, United States District Judge - VTC

| Renee Fisher - VTC | Pat Cuneo - VTC |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. Alexander Hood, II - VTC<br>Jennifer Pafiti - VTC | Jason Jacob Mendro - VTC |

**Proceedings:**   VIDEO MOTION HEARING (Held and Completed – Non-Evidentiary)

MOTION OF ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS PENSION TRUST FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL [21]

The matter is called and counsel state their appearances.

The Court indicates that the caption going forward in this matter will be *In Re First American Financial Corporation Financial Securities Litigation*, St. Lucie County Fire District Firefighters Pension Trust will be lead plaintiff and Pomerantz, LLP will be lead counsel.

The Court questions counsel as stated in court and on the record about the proposed order and invites counsel to respond to the questions.  A written order will follow.

The parties are to submit a stipulation with a briefing schedule for filing an amended complaint and a response.