UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re First American Financial Corp. Securities Litigation | No. CV 20-9781 DSF (Ex)<br><br>ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL |

Based on the unopposed Motion of St. Lucie County Fire District Firefighters Pension Trust Fund for Appointment as Lead Plaintiff and Approval of Lead Counsel:

1.   The Court appoints the St. Lucie County Fire District Firefighters Pension Trust Fund (St. Lucie Firefighters) as Lead Plaintiff.  St. Lucie Firefighters satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (PSLRA).  The matter will proceed as <u>In re First American Financial Corp. Securities Litigation</u>.

2.   Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, Lead Plaintiff has selected and retained Pomerantz LLP as Lead Counsel.  The Court approves the appointment.

3. Lead counsel shall maintain records of attorneys' fees and costs in the manner specified in a separate order.

4. All attorneys or other persons responsible for filings in this case must become familiar with the specific requirements of the Central District of California and this Court, including the Court's Practices and Procedures on the Central District's website and as stated in the Court's orders as issued from time to time.

5. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

6. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7. Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

8. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information that is relevant or

that may lead to the discovery of information relevant to the subject matter of the pending litigation.

IT IS SO ORDERED.

DATED: January 27, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE