UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In re First American Financial
Corp. Securities Litigation

Case No. CV 20-9781 DSF (Ex)

**[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING OF AMENDED COMPLAINT AND AMENDING BRIEFING SCHEDULE**

Having reviewed and considered Lead Plaintiff's Notice of Motion and Motion to Extend Deadline for Filing of Amended Complaint and Amend Briefing Schedule, it is HEREBY ORDERED as follows:

1.    Plaintiff's amended complaint shall be due fourteen (14) days following the upcoming public regulatory hearing before the New York Department of Financial Services;

2.    Defendants' response to the amended complaint shall be due within sixty (60) days of the filing of Plaintiff's amended complaint;

3.    If Defendants move to dismiss the amended complaint, Plaintiff's opposition shall be due within forty-five (45) days after filing of any motion to dismiss; and

4.    Defendants shall file a reply brief in support of any motion to dismiss within thirty (30) days after the filing of Plaintiff's opposition.

IT IS SO ORDERED.

DATED: March ____, 2021

_____
The Honorable Dale S. Fischer
United States District Judge