**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com
*Counsel for Lead Plaintiff and the Class*
(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re First American Financial Corp. Securities Litigation | Case No. CV 20-9781 DSF (Ex) **JOINT STIPULATION TO STAY DEADLINE FOR FILING OF AMENDED COMPLAINT PENDING LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE** Hon. Dale S. Fischer |

The undersigned counsel for the parties herein submit the following Stipulation for the Court's approval:

WHEREAS, on January 27, 2021, the Court appointed movant St. Lucie County Fire District Firefighters Pension Trust Fund ("Plaintiff") as Lead Plaintiff in this action and approved its selection of Pomerantz LLP as Lead Counsel.  ECF No. 34.

WHEREAS, on February 5, 2021, Lead Counsel, after conferring with opposing counsel, filed a proposed scheduling stipulation, under which Plaintiff's amended complaint would be due on March 29, 2021, or sixty (60) days from the entry of the Lead Plaintiff order.  ECF No. 35.

WHEREAS, the Court subsequently entered the stipulation setting the due date for Plaintiff's amended complaint at March 29, 2021, and further ordering that:

o Defendants' response to the amended complaint shall be due within sixty (60) days of the filing of Plaintiff's amended complaint;

o If Defendants move to dismiss the amended complaint, Plaintiff's opposition shall be due within forty-five (45) days after filing of any motion to dismiss; and

o Defendants shall file a reply brief in support of any motion to dismiss within thirty (30) days after the filing of Plaintiff's opposition. [ECF No. 36]

WHEREAS, Plaintiff has filed a motion to extend the due date for its amended complaint to fourteen (14) days following the completion of a public regulatory hearing before the New York Department of Financial Services. ECF No. 38.

WHEREAS, counsel for Plaintiff and Defendants have met and conferred regarding the relief requested in Plaintiff's previously-filed motion for an extension of time and Defendants have indicated that they will likely oppose the motion.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. The due date for Plaintiff's amended complaint shall be stayed pending the Court's disposition of Plaintiff's motion to extend the due date for its amended complaint.

2. In the event that Plaintiff's previously-filed motion is denied, the parties agree that Plaintiff's amended complaint shall be due one week after the Court has so ruled or on March 29, 2021, whichever is later.

3. The briefing on any motion by Defendants to dismiss the amended complaint shall be adjusted in accordance with the Court's ruling on Plaintiff's previously-filed motion.

4. This Stipulation is without prejudice to the parties hereto agreeing, subject to Court approval, to a further extension of time regarding any of the deadlines established herein if circumstances warrant.

5. The parties reserve all other rights.

JOINT STIPULATION TO STAY DEADLINE FOR FILING OF AMENDED COMPLAINT PENDING LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE

DATED:  March 18, 2021                **POMERANTZ LLP**


                                      *s/Jennifer Pafiti*
                                      _____
                                      Jennifer Pafiti (SBN 282790)
                                      1100 Glendon Avenue, 15th Floor
                                      Los Angeles, CA 90024
                                      Telephone: (310) 405-7190
                                      jpafiti@pomlaw.com

                                      **POMERANTZ LLP**
                                      Joshua B. Silverman
                                      Louis C. Ludwig
                                      10 South La Salle Street, Suite 3505
                                      Chicago, Illinois 60603
                                      Telephone: (312) 377-1181
                                      jbsilverman@pomlaw.com
                                      lcludwig@pomlaw.com

                                      **POMERANTZ LLP**
                                      Jeremy A. Lieberman
                                      J. Alexander Hood II
                                      600 Third Avenue, 20th Floor
                                      New York, New York 10016
                                      Telephone: (212) 661-1100
                                      Facsimile:  (212) 661-8665
                                      jalieberman@pomlaw.com
                                      ahood@pomlaw.com

                                      *Counsel for Lead Plaintiff and the Class*

                                      **KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
                                      Robert D. Klausner
                                      Stuart Kaufman
                                      7080 NW 4th Street Plantation, Florida 33317
                                      Phone: (954) 916-1202
                                      Fax: (954) 916-1232
                                      bob@robertdklausner.com
                                      stu@robertdklausner.com

JOINT STIPULATION TO STAY DEADLINE FOR FILING OF AMENDED COMPLAINT
PENDING LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE

*Additional Counsel for St. Lucie County Fire District Firefighters Pension Trust Fund*

DATED:  March 18, 2021                        **GIBSON, DUNN & CRUTCHER LLP**


    *s/Colin B. Davis*
Colin B. Davis
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220
Email: CDavis@gibsondunn.com

Craig Varnen
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Email: CVarnen@gibsondunn.com

Jason J. Mendro
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
Email: JMendro@gibsondunn.com

*Counsel for Defendants First American Financial Corp., Dennis J. Gilmore, and Mark E. Seaton*

JOINT STIPULATION TO STAY DEADLINE FOR FILING OF AMENDED COMPLAINT
PENDING LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE