**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com
*Counsel for Lead Plaintiff and the Class*
(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re First American Financial Corp. Securities Litigation | Case No. CV 20-9781 DSF (Ex) |
| | **NOTICE OF LODGING OF PROPOSED ORDER** |
| | Hon. Dale S. Fischer |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**: Please take notice that Lead Plaintiff St. Lucie County Fire District Firefighters Pension Trust Fund hereby lodges a [Proposed] Scheduling Order, attached hereto, in connection with the previously-filed Joint Stipulation to Stay Deadline for Filing of Amended Complaint Pending Lead Plaintiff's Motion to Extend Deadline. [ECF No. 40]

DATED:  March 18, 2021                     **POMERANTZ LLP**


                                               s/*Jennifer Pafiti*
                                               Jennifer Pafiti (SBN 282790)
                                               1100 Glendon Avenue, 15th Floor
                                               Los Angeles, CA 90024
                                               Telephone: (310) 405-7190
                                               jpafiti@pomlaw.com

                                               **POMERANTZ LLP**
                                               Joshua B. Silverman

1
NOTICE OF LODGING OF PROPOSED ORDER

Louis C. Ludwig
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
lcludwig@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff and the Class*
**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman
7080 NW 4th Street Plantation, Florida 33317
Phone: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for St. Lucie County Fire District Firefighters Pension Trust Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti

NOTICE OF LODGING OF PROPOSED ORDER