# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re First American Financial Corp. Securities Litigation | Case No. CV 20-9781 DSF (Ex)<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Hon. Dale S. Fischer |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. The due date for Plaintiff's amended complaint shall be stayed pending the Court's disposition of Plaintiff's previously-filed motion to extend the due date for its amended complaint.

2. In the event that Plaintiff's previously-filed motion is denied, the parties agree that Plaintiff's amended complaint shall be due one week after the Court has so ruled or on March 29, 2021, whichever is later.

3. The briefing on any motion by Defendants to dismiss the amended complaint shall be adjusted in accordance with the Court's ruling on Plaintiff's previously-filed motion.

DATED: March _____, 2021

_____
The Honorable Dale S. Fischer
United States District Judge