**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re First American Financial Corp. Securities Litigation | Case No. CV 20-9781 DSF (Ex) <br><br> **REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE** <br><br> Date: April 19, 2021 <br> Time:1:30 p.m. <br> Courtroom: 7D <br> Judge: The Hon. Dale S. Fischer |

REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE

Lead Plaintiff St. Lucie County Fire District Firefighters Pension Trust Fund ("Plaintiff") understands why Defendants want to keep information from the upcoming New York Department of Financial Services ("DFS") Hearing out of the Amended Complaint: the information that the DFS indicates it intends to raise in its Amended Statement of Charges and Notice of Hearing ("Amended Charges") is damning, and was not disclosed to investors during the Class Period.   However, none of the arguments Defendants raise warrants denial of the short extension requested by Plaintiff.

*First*, Plaintiff requests only a short extension. The DFS website today – March 19, 2021 – indicates that the hearing will take place on April 5, before hearing officer Peter C. Dean. *See* https://www.dfs.ny.gov/reports_and_publications/public_hearings.[1] Defendants provide no evidence indicating that it will be postponed, or any reason why a postponement—if it occurs—will not be short like the two-week postponement from March 22 to April 5. We will know before (or at the latest on) April 5 whether the DFS Hearing is delayed, and if so, when it will be held. If the hearing date is either confirmed or changed before that point, the parties will advise the Court.

To be clear, Plaintiff neither requests nor wants an indefinite extension.  In the unlikely event that there is a substantial delay in the DFS Hearing, Plaintiff would prefer to file its amended complaint based on the substantial information currently available. Plaintiff notes that Defendants' counsel has proposed, and this Court has

---

[1] Plaintiff notes that the Amended Charges cited by Defendants is linked on this page, right next to the indication of an April 5, 2021 hearing date. *See* https://www.dfs.ny .gov/reports_and_publications/public_hearings (linking to https://www.dfs.ny.gov/ system/files/documents/2021/03/ea20200721_first_american_notice.pdf).   Plaintiff further notes that the DFS Hearing date was adjusted from March 22 to April 5 only days before the Amended Charges were filed; thus, the most plausible inference was that the current date was already adjusted to provide additional time related to the amendment, not that an additional lengthy deferral will be provided.

REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE

accepted, a **May 21, 2021** amended complaint deadline in the parallel derivative litigation. *See Hollett v. Gilmore, et al.*, No. 2:21-cv-00525-DSF-E, ECF No. 29 (C.D. Cal. Feb. 10, 2021) (attached as Exhibit 1 hereto). Accordingly, there is no reason to believe that Defendants will face any prejudice whatsoever from waiting a few weeks to accommodate the likelihood that the DFS Hearing does proceed as indicated by the DFS.

*Second,* Defendants' criticism of the initial complaint, *see* ECF No. 42 at 4, has nothing to do with Plaintiff. The initial complaint was filed by another plaintiff, James Floyd, through different counsel. *See* ECF No. 1. Plaintiff was not appointed Lead Plaintiff until January 27, 2021, *see* ECF No. 34. The amended complaint will be the first complaint it files in this litigation. The investigation currently underway is its pre-filing investigation. Thus, the procedural posture here is nothing like *In re Cisco Sys. Inc. Sec. Litig.*, No, No. C 11–1568 SBA, 2013 WL 2013 WL 1636384 (N.D. Cal. Apr. 16, 2013), cited by Defendants,[2] where the lead plaintiff had *already* filed an amended complaint which the court found to be deficient, and then *post-dismissal* requested a further extension before filing a *second amended complaint. Id.* at *1. Moreover, the *Cisco* plaintiff did not tether the request as here to address a defined event like the DFS Hearing, but, rather, simply wanted to restart an investigation it had previously paused. *Id.*

*Third*, First American's alternating indications to this Court that it "has requested" or "will request" that parts of the DFS Hearing be closed from the public, *see* ECF No. 42 at 1 and at 3, constitutes no grounds for denying the requested relief. Defendants provide no evidence that the DFS has agreed to close **any** part of what it currently lists as a "public hearing." Nor do Defendants provide any reason why the parts most relevant to this action would be closed. Plaintiff believes Defendants will be

---

[2] *See* ECF No. 42 at 2.

REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE

unable to justify closure of testimony regarding, for example, a now-remediated vulnerability "discovered by a penetration test in December 2018" (Amended Charges at ¶5), descriptions of presentations of cybersecurity problems to the Board of Directors (Amended Charges at ¶27), or evidence that First American's "senior personnel were fully aware of the disastrous state of [First American's] vulnerability management" (Amended Charges at ¶42). None of these topics have anything to do with discussion of current security protocols that Defendants claim to be "sensitive," and each has already been disclosed without redaction in the Amended Charges.

*Fourth*, Plaintiff respectfully submits that the multiple amendment procedure proposed by Defendants in their response is less efficient than waiting a few weeks to see if the DFS Hearing information can feasibly be incorporated into this amended complaint. *See* ECF No. 42 at 4 (proposing that an amended complaint be filed prior to the DFS Hearing, then Plaintiff again amend following a motion to dismiss).

*Fifth*, while Plaintiff believes that a fourteen-day period following the completion of the DFS Hearing would better ensure the availability of a final transcript given the anticipated length of the hearing, Plaintiff will work within whatever time period the Court allows.

For all of these reasons, Plaintiff respectfully requests that the Court grant its request for a short extension to accommodate the anticipated DFS Hearing.

DATED: March 19, 2021                          **POMERANTZ LLP**

                                               s/*Joshua B. Silverman*
                                               Joshua B. Silverman
                                               Louis C. Ludwig
                                               10 South La Salle Street, Suite 3505
                                               Chicago, Illinois 60603
                                               Telephone: (312) 377-1181
                                               jbsilverman@pomlaw.com
                                               lcludwig@pomlaw.com

3

REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman
7080 NW 4th Street Plantation, Florida 33317
Phone: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for St. Lucie County Fire District Firefighters Pension Trust Fund*

4

REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Joshua B. Silverman*
Joshua B. Silverman

REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE