# Exhibit 1

CRAIG VARNEN, SBN 172603
cvarnen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON J. MENDRO, SBN 220842
jmendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

COLIN B. DAVIS, SBN 273942
cdavis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendants Dennis J. Gilmore, Mark E. Seaton, Parker S. Kennedy, James L. Doti, Reginald H. Gilyard, Margaret M. McCarthy, Michael D. McKee, Thomas V. McKernan, Mark C. Oman, and Martha B. Wyrsch, and Nominal Defendant First American Financial Corp.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NORMAN HOLLETT, derivatively on behalf of FIRST AMERICAN FINANCIAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS J. GILMORE, MARK E. SEATON, PARKER S. KENNEDY, JAMES L. DOTI, REGINALD H. GILYARD, MARGARET M. MCCARTHY, MICHAEL D. MCKEE, THOMAS V. MCKERNAN, MARK C. OMAN, MARTHA B. WYRSCH, <br><br> Defendants, <br><br> and <br><br> FIRST AMERICAN FINANCIAL CORPORATION, <br><br> Nominal Defendant. | CASE NO. 2:21-cv-00525-DSF-E <br><br> **JOINT STIPULATION REGARDING DEFENDANTS' RESPONSE TO THE COMPLAINT** <br><br> Hon. Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

This Joint Stipulation is entered into by and between Plaintiff Norman Hollett ("Plaintiff"); Defendants Dennis J. Gilmore, Mark E. Seaton, Parker S. Kennedy, James L. Doti, Reginald H. Gilyard, Margaret M. McCarthy, Michael D. McKee, Thomas V. McKernan, Mark C. Oman, and Martha B. Wyrsch; and Nominal Defendant First American Financial Corp. (Defendants and Nominal Defendant, together, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

WHEREAS, on November 25, 2020, Plaintiff filed this stockholder derivative action in the U.S. District Court for the District of Delaware (the "Delaware Court") (ECF No. 1);

WHEREAS, on January 19, 2021, the Parties stipulated to transfer this action to the U.S. District Court for the Central District of California on the ground that a securities class action involving related claims and defenses and four consumer class actions asserting overlapping allegations presently are pending before this Court (the "Transfer Stipulation") (ECF No. 8);

WHEREAS, on January 20, 2021, the Delaware Court so-ordered the Parties' Transfer Stipulation and transferred this action to the Central District of California (ECF No. 9);

WHEREAS, on January 22, 2021, Defendants filed a Notice of Related Cases pursuant to Local Civil Rule 83-1.3.1 providing notice of related cases currently pending before this Court (ECF No. 20);

WHEREAS, on January 26, 2021, this Court consented to the transfer of this action to its calendar pursuant to General Order 19-03 (ECF No. 23);

WHEREAS, on January 27, 2021, this Court entered an Order Appointing Lead Plaintiff and Approving Lead Counsel in the related securities class action captioned *In re First American Financial Corp. Securities Litigation*, No. 2:20-cv-9781-DSF-E, ECF No. 34 (the "Securities Action");

WHEREAS, on February 5, 2021, the parties in the Securities Action filed a scheduling stipulation and [proposed] order establishing deadlines for the plaintiff in

the Securities Action to file an amended complaint, and for the defendants in the Securities Action to move against, or otherwise respond to, the amended complaint (Securities Action, ECF Nos. 35, 35-1);

WHEREAS, on February 5, 2021, the Court entered an order approving the scheduling stipulation in the Securities Action (Securities Action, ECF No. 36);

WHEREAS, the Parties have met and conferred and agreed that judicial economy and efficiency are best served by establishing a schedule for this action that follows the schedule in the Securities Action;

WHEREAS, the Parties previously stipulated to a 60-day extension of time, through and including February 19, 2021, for Defendants to respond to the complaint in this action to accommodate discussions regarding the transfer of this action to the Central District of California (ECF No. 7);

WHEREAS, Plaintiff anticipates amending the complaint in this action after an amended complaint is filed in the Securities Action;

WHEREAS, without the requested extension, Defendants may need to move against the current complaint, even though the Parties anticipate that it will be superseded by an amended complaint, potentially mooting Defendants' motion.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE APPROVAL OF THE COURT, THAT:

1. Plaintiff shall file an amended complaint on or before May 21, 2021;

2. Defendants' response to the amended complaint shall be due within 60 days of the filing of Plaintiff's amended complaint;

3. If Defendants move to dismiss the amended complaint, Plaintiff's opposition shall be due within 60 days after the filing of any motion to dismiss; and

4. Defendants shall file a reply brief in support of any motion to dismiss within 30 days after the filing of Plaintiff's opposition.

A [Proposed] Order is filed concurrently herewith.

Gibson, Dunn &
Crutcher LLP

3

Dated: February 10, 2021

<div style="margin-left:50%">

GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN
JASON J. MENDRO
COLIN B. DAVIS


By: /s/ Colin B. Davis
          Colin B. Davis

*Attorneys for Defendants Dennis J. Gilmore, Mark E. Seaton, Parker S. Kennedy, James L. Doti, Reginald H. Gilyard, Margaret M. McCarthy, Michael D. McKee, Thomas V. McKernan, Mark C. Oman, and Martha B. Wyrsch, and Nominal Defendant First American Financial Corp.*

</div>

Dated: February 10, 2021

<div style="margin-left:50%">

THE BROWN LAW FIRM, P.C.
ROBERT C. MOEST, OF COUNSEL


By: /s/ Robert C. Moest
          Robert C. Moest

2350 Wilshire Boulevard
Second Floor
Santa Monica, CA  90403
Tel:  310.915.6628
Fax:  310.915.9897
Email:  rmoest@gmail.com

*Attorneys for Plaintiff Norman Hollett*

</div>

**ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-4.3.4(a)(2)(i)**

This certifies, pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

<div style="margin-left:50%">

By: /s/ Colin B. Davis
          Colin B. Davis

</div>