UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE FIRST AMERICAN FINANCIAL CORP. SECURITIES LITIGATION | CASE NO. 2:20-cv-09781-DSF-E<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

Having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violation of the Federal Securities Laws, and good cause appearing therefore, the Court hereby GRANTS the Request for Judicial Notice in its entirety.

The Court holds that it is appropriate to take judicial notice of, or consider under the doctrine of incorporation by reference, Exhibits 1 through 5 to the Declaration of Jason J. Mendro submitted in connection with Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws.

IT IS SO ORDERED.

Dated: _____          _____

The Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1