**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re First American Financial Corp. Securities Litigation | Case No. CV 20-9781 DSF (Ex) <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION** <br><br> Hon. Dale S. Fischer |

Contrary to Defendants' statement of recent decision (ECF No. 84), the cited affirmance in *Local 353, I.B.E.W. Pension Fund v. Zendesk, Inc.*, No. 21-15785 (9th Cir. Mar. 2, 2022) ("*Zendesk*") does not support dismissal of this action, but rather illustrates why Plaintiff's Second Amended Complaint ("SAC") pleads actionable misrepresentations under the Securities Exchange Act of 1934.

In *Zendesk*, the plaintiffs alleged that Defendants "created the impression that Zendesk implemented the data security best practices described in th[e] [challenged] statements no later than 2016, when in fact, the company did not implement those practices until later." *See* ECF 84-1, ¶2. The time-sensitive nature of plaintiffs' allegations led the *Zendesk* panel to conclude that the two alleged misstatements were "truthful" because "[n]either statement makes any reference to Zendesk's data security practices in 2016"; instead, the panel found that the statements referred to subsequent developments that occurred in 2017 and 2019. *Id.*

By contrast, Plaintiff's SAC pleads that beginning in December 2016, ***more than four months before the start of the Class Period***, Defendants knew of, and discussed with First American's Board of Directors, the Company's deficient information security controls. Moreover, by February 2017, ***or three months before the Class Period began***, Defendants knew of the minimal steps necessary to protect customer information, as well as their own failure to meet those steps.

Here, unlike in *Zendesk*, there is no mismatch between the timing of Defendants' misrepresentations and the period to which those statements relate. The SAC unquestionably alleges that Defendants misled investors regarding matters of present fact while omitting known, contrary information that rendered those statements misleading. Thus, the same analysis articulated in *Zendesk* supports denying Defendants' motion to dismiss and sustaining the SAC.

PLAINTIFF'S RESPONSE TO DEFENDANTS'
STATEMENT OF RECENT DECISION
Case No. No. CV 20-9781 DSF (Ex)                                                    1

Respectfully submitted this 18th day of March 2022.

**POMERANTZ LLP**

*/s/ Louis C. Ludwig*
Patrick V. Dahlstrom
Louis C. Ludwig (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
            ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

***Attorneys for Plaintiff***

PLAINTIFF'S RESPONSE TO DEFENDANTS'
STATEMENT OF RECENT DECISION
CASE NO. NO. CV 20-9781 DSF (Ex)

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Louis C. Ludwig
Louis C. Ludwig

PLAINTIFF'S RESPONSE TO DEFENDANTS'
STATEMENT OF RECENT DECISION
CASE NO. NO. CV 20-9781 DSF (EX)

3