**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re First American Financial Corp. Securities Litigation | Case No. CV 20-9781 DSF (Ex) <br><br> **CLASS ACTION** <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Hon. Dale S. Fischer |

Lead Plaintiff St. Lucie County Fire District Firefighters Pension Trust Fund respectfully submits this Notice of Supplemental Authority in further opposition to Defendants' Motion to Dismiss, currently scheduled for oral argument on April 11, 2022, to apprise the Court of the decision of the United States District Court for the Western District of Texas, dated March 30, 2022, in the matter of *In re Solarwinds Corporation*, attached as Exhibit ("Exh.") A. In *Solarwinds*, the court found that the corporate defendant's Vice President of Security Architecture "acted with, at least, severe recklessness when he touted the security measures implemented at SolarWinds", even where the deficient security measures were *not* a but-for cause of the subsequent cybersecurity breach that sent Solarwinds shares plummeting. *See* Exh. A at 10. Instead, the *Solarwinds* court held that "Plaintiffs are not claiming Defendants' statements commending their cybersecurity measures must have been false *because* the attack at issue occurred. Instead, they have alleged separate facts that the cybersecurity measures at the company were not as they were portrayed . . . ." *Id.* at 16-17.

Respectfully submitted this 1st day of April 2022.

**POMERANTZ LLP**

*/s/ Louis C. Ludwig*
Patrick V. Dahlstrom
Louis C. Ludwig (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)

PLAINTIFF'S RESPONSE TO DEFENDANTS'
STATEMENT OF RECENT DECISION
Case No. No. CV 20-9781 DSF (Ex)                                                    1

468 North Camden Drive
Beverly Hills, California 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
              ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASE NO. NO. CV 20-9781 DSF (EX)

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Louis C. Ludwig
Louis C. Ludwig

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASE NO. NO. CV 20-9781 DSF (EX)

3