**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re First American Financial Corp. Securities Litigation | Case No. CV 20-9781 DSF (Ex) |
| | **CLASS ACTION** |
| | **PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION** |
| | Hon. Dale S. Fischer |

Defendants' statement of recent decision (ECF No. 89) does not support their bid to dismiss Plaintiff's Second Amended Complaint ("SAC"). Specifically, the decision in *Construction Laborers Pension Trust v. Marriott International, Inc., et al.*, No. 21-1802 (Apr. 21, 2022) turns on a critical finding that has no application here, *i.e.*, Marriott's "public statements about the importance of data protection did not 'assign a quality to Marriott's cybersecurity that it did not have'" and "'Marriott made no characterization at all with respect to the quality of its cybersecurity, only that Marriott considered it important.'" *See* ECF 89-1 at 7 (quoting district court opinion).

By contrast, First American made repeated and unambiguously qualitative pronouncements concerning the Company's information security. Among other things, Defendants claimed to:

- "implement[ ] fundamentally sound security policies" including "best-of-breed technology solutions" (SAC, ¶72);

- "restrict access to nonpublic personal information" (*id.*, ¶74); and

- "guard [ ] nonpublic personal information" (*id.*).

This makes eminent sense, because the protection of non-public financial information was a core function of First American, a title insurance provider, (¶29) in a way that it was not for Marriott, a hotelier.

Accordingly, this Court should deny Defendants' motion to dismiss, consistent with Lead Plaintiff's previously-submitted supplemental authority, *In re Solarwinds Corporation*, No. 21-cv-00138 (W.D. Tex. 2022), which relates to actually "implemented" security measures like those First American claimed to have put into place. *See* ECF No. 86.

Respectfully submitted this 2nd day of May 2022.

PLAINTIFF'S RESPONSE TO DEFENDANTS'
STATEMENT OF RECENT DECISION
Case No. No. CV 20-9781 DSF (Ex)                                          1

**POMERANTZ LLP**

*/s/ Louis C. Ludwig*

Patrick V. Dahlstrom
Louis C. Ludwig (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
          ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

***Attorneys for Plaintiff***

PLAINTIFF'S RESPONSE TO DEFENDANTS'
STATEMENT OF RECENT DECISION
CASE NO. NO. CV 20-9781 DSF (EX)

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Louis C. Ludwig*
Louis C. Ludwig

PLAINTIFF'S RESPONSE TO DEFENDANTS'
STATEMENT OF RECENT DECISION
CASE NO. NO. CV 20-9781 DSF (EX)

3