JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re First American Financial Corp. Securities Litigation | CV 20-9781 DSF (Ex) <br><br> JUDGMENT |
|---|---|

The Court having granted Defendants' motion to dismiss with prejudice,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 11, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge